**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------
CANADIAN NATIONAL RAILWAY COMPANY,
et al.,

                        Plaintiffs,

        v.                                  No. 06-CV-1110
                                                 (LEK/DRH)

INTERSTATE COMMODITIES, INC.,

                        Defendant.
---------------------------------------------------------------------------

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

     The Court has been advised by United States Magistrate Judge David R. Homer that the parties in the above-captioned case have reported to him that the case has been settled. Counsel has also advised Judge Homer that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

     **ORDERED** that:

          1. The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated;

          2. The dismissal of the above captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and

3. The Clerk shall forthwith serve this Judgment upon the attorneys for the parties appearing in this action by electronic mail.

**IT IS SO ORDERED.**

DATED: April 09, 2007
       Albany, New York

Lawrence E. Kahn
U.S. District Judge